IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAMES RUFINO CAJERO LUCAS,
　　　　　*Petitioner,*

v.

TODD M. LYONS, *et al.,*
　　　　　*Respondents.*

1:26-cv-01864-MSN-LRV

ORDER

This matter comes before the Court on Respondents' Motion to Dismiss. ECF 4. In their Motion, Respondents indicate that, two days before Petitioner James Rufino Cajero Lucas ("Petitioner") filed his Petition for Writ of Habeas Corpus (the "Petition"), the Department of Homeland Security transferred Petitioner to an immigration processing center in Louisiana. ECF 5 at 2. Respondents thus argue that the Court lacks jurisdiction over the Petition, *see id.* at 2-6; *see also Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004), and Petitioner agrees, requesting that the Court dismiss this action without prejudice. ECF 7. Accordingly, it is hereby

ORDERED that Respondents' Motion to Dismiss (ECF 4) is GRANTED; it is further

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of Respondents, forward a copy of this Order to counsel of record, and close this action.

/s/
Michael S. Nachmanoff
United States District Judge

July 8, 2026
Alexandria, Virginia